# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VERONICA G. MEAD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WYETH, INC. ) <br> WYETH PHARMACEUTICALS, INC. ) <br> JOHN DOES I-X, ) <br> ) <br> Defendants. ) | Case No. CV404-093 |

## ORDER

The Court having reviewed and considered the petitions of Christopher G. Campbell and Laura T. Vogel of the law firm of DLA Piper LLP (US), 1201 West Peachtree Street, Suite 2800, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Christopher G. Campbell and Laura T. Vogel as counsel of record for defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc., in this case.

**SO ORDERED** this __17th__ day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA