# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| VERONICA G. MEAD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV404-093 |
| ) | |
| WYETH, INC. ) | |
| WYETH PHARMACEUTICALS, INC. ) | |
| JOHN DOES I-X, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petition of James A. Morris, Jr., of the Morris Law Firm, 11614 Bee Cave Road, Suite 220, Austin, Texas 78738, for permission to appear pro hac vice on behalf of plaintiff Veronica G. Mead, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter James A. Morris, Jr., as counsel of record for plaintiff Veronica G. Mead, in this case.

**SO ORDERED** this  17th  day of June, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA